IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| ABRAHAM GRAHAM | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | CIVIL NO.: 1:13cv43-HSO-RHW |
| | § | |
| VT HALTER MARINE, INC. | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on Defendant VT Halter Marine, Inc.'s Motion for Summary Judgment [39]. The Court, after a full review and consideration of Defendant's Motion, Plaintiff's Response [43], Defendant's Rebuttal [45], the record, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Judgment is rendered in favor of Defendant pursuant to Federal Rule Civil Procedure 56. This civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 21st day of July, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE